# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

PAYSOURCE, INC., et al., )
            Plaintiffs, )   Case No. 3:07CV0129
                   v. )   Judge: Walter H. Rice
MIRABILIS VENTURES, INC., ET AL., )   **Corporate Disclosure Statement**
           Defendants. )

     Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 7.1.1: Any non-governmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that "controls, is controlled by, or is under common control with a publicly controlled corporation." A party must file the statement upon filing a complaint, answer, motion, response or other pleadings in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of this case.

     In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

     Plaintiff Paysource, Inc.

1.   Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?

     \_\_\_\_\_Yes      __X__ No

     If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

2.   Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome? \_\_\_\_\_Yes    __X__ No

     If the answer is Yes, list the identity of such corporation and the nature of the financial interest.

_____     4 April 07
(Signature of Counsel)               (Date)

## "Certificate of Service"

**COUNSEL ARE REMINDED OF THEIR CONTINUING OBLIGATION TO UPDATE AND SUPPLEMENT THIS STATEMENT.**