IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| PAYSOURCE, INC., et al. | Case No. 3:07 CV 0129 |
| Plaintiffs, | (Judge Walter Herbert Rice) |
| v. | |
| MIRABILIS VENTURES, INC., et al. | **AFFIDAVIT OF AARON C. BATES** |
| Defendants. | |

STATE OF FLORIDA    )

COUNTY OF ORANGE    ) ss: XXXX-XX-9221

Aaron C. Bates, being first duly sworn, deposes and says:

1. I have personal knowledge of the facts to which I testify in this Affidavit and I am competent to so testify.

2. I have been joined as a Defendant in a lawsuit brought by Paysource, Inc. and Robert R. Sacco related to a transaction by which SPH, Inc. was to purchase from Mr. Sacco his stock in Paysource and related transactions.

3. To the extent I was involved in the stock purchase transactions to which the prior paragraph of this Affidavit refers, I was acting on behalf of and at the direction of the entities entering into the agreements.

4. At no time did I travel to Ohio in conjunction with the stock purchase transaction to which this Affidavit refers. To the extent I was involved or contributed in any manner to that transaction, it was the result of acts done by me while in Florida.

Further Affiant sayeth naught.

_____
Aaron C. Bates

Sworn to before me and subscribed in my presence by the said Aaron C. Bates this 20th day of July, 2007.

_____
Notary Public

NOTARY PUBLIC·STATE OF FLORIDA
Nichole Marie Beamer
Commission # DD405551
Expires: MAR. 10, 2009
Bonded Thru Atlantic Bonding Co., Inc.

√ personally known to me