IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| PAYSOURCE, INC., et al. | : | Case No. 3:07 CV 0129 |
| Plaintiffs, | : | (Judge Walter Herbert Rice) |
| v. | : | |
| MIRABILIS VENTURES, INC., et al. | : | **AFFIDAVIT OF JAMES V SADRIANNA** |
| Defendants. | : | |
| | : | |

STATE OF FLORIDA        )

COUNTY OF ORANGE   ) ss:

James V. Sadrianna, being first duly sworn, deposes and says:

1. I have personal knowledge of the facts to which I testify in this Affidavit and I am competent to so testify.

2. I have been joined as a Defendant in a lawsuit brought by Paysource, Inc. and Robert R. Sacco related to a transaction by which SPH, Inc. was to purchase from Mr. Sacco his stock in Paysource and related transactions.

3. To the extent I was involved in the stock purchase transactions to which the prior paragraph of this Affidavit refers, I was acting on behalf of and at the direction of the entities entering into the agreements.

4. At no time did I travel to Ohio in conjunction with the stock purchase transaction to which this Affidavit refers. To the extent I was involved or contributed in any manner to that transaction, it was the result of acts done by me while in Florida.

Further Affiant sayeth naught.

_____
James V. Sadrianna

Sworn to before me and subscribed in my presence by the said James V. Sadrianna this 23rd day of July, 2007.

_____
Notary Public

1737.207326 \ 314435.1

FATIMA BALDWIN
MY COMMISSION # DD 374687
EXPIRES: November 23, 2008
Bonded Thru Budget Notary Services