IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| PAYSOURCE, INC., et al. | : | Case No. 3:07 CV 0129 |
| Plaintiffs, | : | (Judge Walter Herbert Rice) |
| v. | : | |
| MIRABILIS VENTURES, INC., et al. | : | **AFFIDAVIT OF JAY STOLLENWERK** |
| Defendants. | : | |
| | : | |

STATE OF FLORIDA          )

COUNTY OF ORANGE    ) SS: XXX- XX- 7744

Jay Stollenwerk, being first duly sworn, deposes and says:

1.    I have personal knowledge of the facts to which I testify in this Affidavit and I am competent to so testify.

2.    I have been joined as a Defendant in a lawsuit brought by Paysource, Inc. and Robert R. Sacco related to a transaction by which SPH, Inc. was to purchase from Mr. Sacco his stock in Paysource and related transactions.

1

3.  To the extent I was involved in the stock purchase transactions to which the prior paragraph of this Affidavit refers, I was acting on behalf of and at the direction of the entities entering into the agreements.

4.  At no time did I travel to Ohio in conjunction with the stock purchase transaction to which this Affidavit refers. To the extent I was involved or contributed in any manner to that transaction, it was the result of acts done by me while in Florida.

Further Affiant sayeth naught.

Jay Stollenwerk

Sworn to before me and subscribed in my presence by the said Jay Stollenwerk this 20th day of July, 2007.

Nichole M Beamer
Notary Public

NOTARY PUBLIC-STATE OF FLORIDA
Nichole Marie Beamer
Commission # DD405551
Expires: MAR. 10, 2009
Bonded Thru Atlantic Bonding Co., Inc.

✓ Personally known to me

2