UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (AT DAYTON)

| | | |
|---|---|---|
| PAYSOURCE, INC., et al., | : | CASE NO. 3:07CV0129 |
| Plaintiffs, | : | (Judge Walter Herbert Rice) |
| | : | (Magistrate Judge Sharon L. Ovington) |
| v. | : | |
| MIRABILIS VENTURES, INC., et al., | : | **DEFENDANT FRANK AMODEO'S** |
| | : | **MOTION FOR AN EXTENSION OF** |
| Defendants. | : | **TIME TO RESPOND TO** |
| | : | **PLAINTIFFS' COMPLAINT** |

_____

Pursuant to S.D. Ohio Civ. R. 6.1 and Fed. R. Civ. P. 6(b)(1), Defendant Frank Amodeo moves for a two-week extension, to and including March 17, 2008, of the time he has to respond to Plaintiffs' Complaint. A Proposed Order granting this Motion will be emailed to the Court in accordance with S.D. Ohio Electronic Filing Policies and Procedures Manual §II.E.2.

Respectfully submitted,

/s/ Martin A. Foos
Charles J. Faruki (0010417)
 Trial Attorney
Martin A. Foos (0065762)
FARUKI IRELAND & COX P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, OH  45402
Telephone:  (937) 227-3705
Telecopier:  (937) 227-3717
Email:  cfaruki@ficlaw.com

Attorneys for Defendant Frank Amodeo

### MEMORANDUM IN SUPPORT OF DEFENDANT FRANK AMODEO'S MOTION FOR AN EXTENSION OF TIME TO <u>RESPOND TO PLAINTIFFS' COMPLAINT</u>

Pursuant to S.D. Ohio Civ. R. 6.1 and Fed. R. Civ. P. 6(b)(1), Defendant Frank Amodeo moves for a two-week extension of the time he has to respond to Plaintiffs' Complaint until March 17, 2008. Defendant Amodeo is not an Ohio resident. Defendant's attorney, Charles J. Faruki, has spoken with Defendant Amodeo and is scheduled to meet with him soon.

Mr. Faruki contacted Brian Sullivan, the Trial Attorney for Plaintiffs who, after checking with his client, informed Mr. Faruki that his client would oppose the requested two-week extension. This is the first extension requested by Defendant Amodeo.

Accordingly, Defendant Frank Amodeo requests until March 17, 2008 to respond to Plaintiffs' Complaint.

Respectfully submitted,

<u>/s/ Martin A. Foos</u>
Charles J. Faruki (0010417)
  Trial Attorney
Martin A. Foos (0065762)
FARUKI IRELAND & COX P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, OH  45402
Telephone:  (937) 227-3705
Telecopier:  (937) 227-3717
Email:  cfaruki@ficlaw.com

Attorneys for Defendant Frank Amodeo

## **CERTIFICATE OF SERVICE**

I certify that on the 3rd day of March, 2008, I electronically filed the foregoing Defendant Frank Amodeo's Motion for an Extension of Time to Respond to Plaintiffs' Complaint with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants, and I hereby certify that I have mailed by United States Postal Service the document to the non-CM/ECF participants:

David C. Greer
Joseph C. Oehlers
BIESER, GREER & LANDIS LLP
400 National City Center
6 N. Main Street
Dayton, OH  45402

Attorneys for Defendants, Mirabilis Ventures, Inc., Mirabilis HR, SPH, Inc., Common Paymaster Corp., AEM, Inc., Aaron Bates, Yaniv Amar, Marty Flynn, James Sadrianna and Jay Stollenwerk


Scott K. Jones
Craig A. Hoffman
PORTER WRIGHT MORRIS & ARTHUR LLP
One South Main St., Suite 1600
Dayton, OH  45402

Attorneys for Defendant Michael Stanley


Brian S. Sullivan
Timothy S. Mangan
Seth A. Schwartz
DINSMORE & SHOHL
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH  45202

Attorneys for Paysource, Inc., Robert R. Sacco

Avant Services, Inc.
156 Shinnecock Hill
Avondale, PA  19311

                                               /s/ Martin A. Foos
                                             Martin A. Foos

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (AT DAYTON)

| | | |
|---|---|---|
| PAYSOURCE, INC., et al., | : | CASE NO. 3:07CV0129 |
| Plaintiffs, | : | (Judge Walter Herbert Rice) |
| | : | (Magistrate Judge Sharon L. Ovington) |
| v. | : | |
| MIRABILIS VENTURES, INC., et al., | : | **PROPOSED ORDER GRANTING DEFENDANT FRANK AMODEO'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** |
| Defendants. | : | |

_____

For good cause shown, it is ORDERED that Defendant Frank Amodeo's Motion for an Extension of Time to Respond to Plaintiffs' Complaint is GRANTED, and Defendant Amodeo shall have until March 17, 2008 to respond to Plaintiffs' Complaint.

_____
UNITED STATES DISTRICT JUDGE

193393.1