UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (AT DAYTON)

| | | |
|---|---|---|
| PAYSOURCE, INC., et al. | : | CASE NO. 3:07CV0129 |
| | : | |
| Plaintiffs, | : | (Judge Walter H. Rice) |
| | : | (Magistrate Judge Sharon L. Ovington) |
| v. | : | |
| | : | **DEFENDANT FRANK AMODEO'S** |
| MIRABILIS VENTURES, INC., et al. | : | **REPLY TO PLAINTIFFS'** |
| | : | **MEMORANDUM IN OPPOSITION** |
| Defendants. | : | **TO DEFENDANT FRANK** |
| | : | **AMODEO'S MOTION FOR AN** |
| | : | **EXTENSION OF TIME TO** |
| | : | **RESPOND TO PLAINTIFFS'** |
| | : | **COMPLAINT** |

_____

Pursuant to S.D. Ohio Civ. R. 6.1 and Fed. R. Civ. P. 6(b)(1), the Court should grant Defendant Frank Amodeo a short extension of time, to and including March 17, 2008, to respond to Plaintiffs' Complaint. Mr. Amodeo lives in Florida, and his counsel in this case is in Ohio. To this point, the undersigned counsel have spoken to Mr. Amodeo only by telephone. The allegations in the Complaint concern a series of alleged complex acquisitions gone awry. The undersigned counsel have been working on a motion to dismiss, which is also complex and requires support by affidavit. Counsel have been diligent in working on the motion but have been unable to meet in person with Mr. Amodeo, in Florida, until March 11, 2008. A mere two-week extension, not interposed for delay, is not unreasonable in this complex, multi-party, multi-count case involving not one but multiple transactions and large alleged damages.

2

      Accordingly, Defendant Amodeo requests that this Court grant his motion for a two-week extension to and including March 17, 2008, to respond to Plaintiffs' Complaint.

                                      Respectfully submitted,

                                      /s Charles J. Faruki
                                      Charles J. Faruki, Esq. (0010417)
                                          Trial Attorney
                                      Martin A. Foos, Esq. (0065762)
                                      Jacqueline V. Brown, Esq. (0078459)
                                      FARUKI IRELAND & COX P.L.L.
                                      500 Courthouse Plaza, S.W.
                                      10 North Ludlow Street
                                      Dayton, OH  45402
                                      Telephone:  (937) 227-3705
                                      Telecopier:  (937) 227-3717
                                      Email:  cfaruki@ficlaw.com

                                      Attorneys for Defendant
                                      Frank Amodeo

**CERTIFICATE OF SERVICE**

       I certify that on the 11th day of March, 2008, I electronically filed the foregoing Defendant Frank Amodeo's Reply to Plaintiffs' Memorandum in Opposition to Defendant Frank Amodeo's Motion for an Extension of Time to Respond to Plaintiffs' Complaint with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants, and I hereby certify that I have mailed by United States Postal Service the document to the non-CM/ECF participants:

    David C. Greer
    Joseph C. Oehlers
    BIESER, GREER & LANDIS LLP
    400 National City Center
    6 N. Main Street
    Dayton, OH  45402

    Attorneys for Defendants, Mirabilis Ventures, Inc., Mirabilis HR, SPH, Inc., Common Paymaster Corp., AEM, Inc., Aaron Bates, Yaniv Amar, Marty Flynn, James Sadrianna and Jay Stollenwerk


    Scott K. Jones
    Craig A. Hoffman
    PORTER WRIGHT MORRIS & ARTHUR LLP
    One South Main St., Suite 1600
    Dayton, OH  45402

    Attorneys for Defendant
    Michael Stanley


    Brian S. Sullivan
    Timothy S. Mangan
    Seth A. Schwartz
    DINSMORE & SHOHL
    1900 Chemed Center
    255 East Fifth St.
    Cincinnati, OH  45202

    Attorneys for Paysource, Inc., Robert R. Sacco

Avant Services, Inc.
156 Shinnecock Hill
Avondale, PA  19311

                                          /s Charles J. Faruki
                                          Charles J. Faruki

193741.1