UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (AT DAYTON)

| | | |
|---|---|---|
| PAYSOURCE, INC., et al., | : | Civil Action No.3:07 CV 0129 |
| Plaintiffs, | : | (Judge Walter Herbert Rice) |
| vs. | : | **PLAINTIFFS' STATUS REPORT** |
| MIRABILIS VENTURES, INC., et al., | : | |
| Defendants. | : | |

Pursuant to the Court's Order of June 3, 2008, Plaintiffs provide this status report.

As reported to the Court earlier, defendant Mirabilis Ventures, Inc. filed Chapter 11 bankruptcy in the United States Bankruptcy Court for the Middle District of Florida. As of the date of this filing, the United States of America has moved to intervene in the Mirabilis Ventures bankruptcy case and has filed a motion to dismiss the bankruptcy based upon Mirabilis Ventures, Inc.'s bad faith filing. By Order dated October 17, 2008, the Bankruptcy Court continued the matter to February 26 and 27, 2009.

As part of the Mirabilis Ventures, Inc.'s bankruptcy petition, Defendant AEM, Inc. is also a Chapter 11 Debtor. AEM, Inc.'s bankruptcy petition has been consolidated with Mirabilis Ventures, Inc.'s bankruptcy petition.

In addition, in its Debtor's monthly operating reports for the period from August 1, 2008 to August 31, 2008, Mirabilis Ventures, Inc. reported that Defendant Common PayMaster is 100% owned by Mirabilis Ventures, Inc.

Respectfully submitted,

/s/Brian S. Sullivan
Brian S. Sullivan (0040219)
E-mail:  brian.sullivan@dinslaw.com
Timothy S. Mangan (0069287)
E-mail: tim.mangan@dinslaw.com
Seth A. Schwartz (0080961)
E-mail: seth.schwartz@dinslaw.com
DINSMORE & SHOHL
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202-4797
Phone:  (513) 977-8200
Facsimile:  (513) 977-8141

*Attorneys for Plaintiffs Paysource, Inc. and Robert Sacco*

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of October, 2008, the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and U.S. mail, postage prepaid, as required.  Parties may access this filing through the Court's system.

| | |
|---|---|
| David C. Greer<br>Joseph C. Oehlers<br>Steven K. Danhof, Jr.<br>Bieser, Greer & Landis LLP<br>400 National City Center<br>6 North Main Street<br>Dayton, OH 45403<br><br>*Attorneys for Mirabilis Ventures, Inc.; Mirabilis HR; SPH, Inc.; Common Pay Masters, Inc.; AEM, Inc.; Aaron Bates, Yaniv Amar; Marty Flynn; James Sadrianna; and Jay Stollenwerk* | Avant Services, Inc.<br>156 Shinnecock Hill<br>Avondale, PA 19311 |

/s/Brian S. Sullivan

2