IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| PAYSOURCE, INC., et. al. | : |
| Plaintiff(s), | : Case No. 3:07-cv-0129 |
| vs. | : |
| MIRABILIS VENTURES, INC., et. al. | : |
| Defendant(s). | : |

### ORDER OF DISMISSAL: TERMINATION ENTRY

The above captioned case is dismissed pursuant to notice filed by Plaintiffs counsel on 5/11/2012 that the Plaintiff has ceased operations and is not longer in existence.

**IT IS SO ORDERED.**

WALTER HERBERT RICE, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

All Counsel of Record